

## COURT OF APPEALS FOR THE
### FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:      Rafael Ortega, Rosara Investments, LLC,. LMMM Houston #50 Ltd., and SOGA Investments, Ltd. v. Amin Abel, Mohamad Mustafa, Saeed Abdel Fatah, Ihab Aboushi, Hanna Hinnawi, Sameera Abel, Amy Latif, Joann Barghout, Super Bravo, Inc., Bravo Ranch, Inc., Abel, Inc., Houston Bravo, Inc.

Appellate case number:     01-16-00415-CV

Trial court case number:   2012-70156

Trial court:              269th District Court of Harris County

It is ORDERED that the motion for en banc reconsideration is denied.

Judge's signature: ____/s/ Laura C. Higley____
                        Acting for the Court

En banc court consist of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Lloyd, and Caughey.

A majority of the justices of the Court voted to deny the motion for en banc reconsideration.

Justices Jennings and Lloyd dissent from the denial of en banc reconsideration. Justice Jennings dissents for the reasons articulated in the dissent of Justice Lloyd.

Date:   __December 4, 2018__